IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-33-D

| | | |
|---|---|---|
| BLACKROCK ENGINEERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DUKE ENERGY PROGRESS, LLC, and | ) | |
| AMEC FOSTER WHEELER ENVIRONMENT | ) | |
| AND INFRASTRUCTURE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

On September 3, 2019, the parties jointly moved to stay this action pending the court's final judgment in a related case [D.E. 61] and filed a memorandum in support [D.E. 62]. On September 9, 2019, the court entered final judgment in that case. See Blackrock Eng'rs, Inc. v. Duke Energy Progress, LLC, No. 7:15-CV-250-D, 2019 WL 4267863 (E.D.N.C. Sept. 9, 2019) (unpublished). Thus, the court DENIES as moot the parties' joint motion to stay [D.E. 61].

SO ORDERED. This 16 day of September 2019.

JAMES C. DEVER III
United States District Judge