THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:18-CV-33-D

| | |
|---|---|
| BLACKROCK ENGINEERS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE ENERGY PROGRESS, LLC, and | ) |
| AMEC FOSTER WHEELER | ) |
| ENVIRONMENT & INFRASTRUCTURE, | ) |
| INC. | ) |
| Defendants. | ) |

## ORDER

The Joint Stipulation of Dismissal With Prejudice filed October 2, 2019 is approved. This action, including all claims and counterclaims stated herein against all parties, is dismissed with prejudice.

SO ORDERED, this __4__ day of October, 2019.

James C. Dever III
United States District Judge